# United States Court of Appeals for the Federal Circuit

———————————

January 30, 2012

**ERRATA**

———————————

2010-1526

THE DOW CHEMICAL COMPANY,

Plaintiff-Appellee,

v.

NOVA CHEMICALS CORPORATION (CANADA)
and NOVA CHEMICALS INC. (DELAWARE),

Defendants-Appellants.

———————————

Decided January 24, 2012
Precedential Opinion

———————————

Please make the following change:

Page 1, correct name "Henry J. Roper" to "Harry J. Roper".